| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on January 19, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br>    EUGENE S SANCHEZ | Case No.:  21-19397<br><br>Hearing Date:  01/19/2022<br><br>Judge:  ROSEMARY GAMBARDELLA |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: January 19, 2022**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

1

Debtor(s): EUGENE S SANCHEZ

Case No.: 21-19397RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 01/19/2022 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 1/19/2022 of the plan filed on 12/06/2021, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 01/31/2022 or the case will be dismissed; and it is further

ORDERED, that Debtor must appear at the 341(a) hearing scheduled for 1/25/2022 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 3/2/2022 at 8:30 am.