Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−19397−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eugene S Sanchez
   581 Valley Road
   Clifton, NJ 07013−2237

Social Security No.:
   xxx−xx−0680

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 7, 2022.


Dated: April 7, 2022
JAN: rah

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-19397-RG |
| Eugene S Sanchez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 07, 2022 | Form ID: plncf13 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eugene S Sanchez, 581 Valley Road, Clifton, NJ 07013-2237 |
| 519455578 | + | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519490202 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519455586 | + | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519455587 | + | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 519455595 | | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 07 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 07 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:44 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519455578 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 07 2022 20:36:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519455579 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2022 20:41:59 | Best Buy/Cbna, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519488130 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 07 2022 20:41:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519455580 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 07 2022 20:41:44 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519455581 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2022 20:53:20 | Citibank NA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 519500450 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2022 20:41:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519455582 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2022 20:41:47 | Citicards Cbna, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 519455584 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 07 2022 20:37:00 | Comenity Bank/Anntylr, PO Box 182789, Columbus, OH 43218-2789 |
| 519455590 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2022 20:53:33 | Macy's/Dsnb, 911 Duke Blvd, Mason, OH 45040 |
| 519455591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2022 20:53:33 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519458512 | | Email/Text: mrdiscen@discover.com | Apr 07 2022 20:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519455585 | + | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 07 2022 20:36:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519455588 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2022 20:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519501232 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 07 2022 20:36:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519455589 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 07 2022 20:36:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519494750 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2022 20:41:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519501413 | | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2022 20:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519455592 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 07 2022 20:37:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519480945 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 07 2022 20:37:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519495258 | | Email/Text: lhunsaker@sofi.org | Apr 07 2022 20:36:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121 |
| 519455593 | | Email/Text: lhunsaker@sofi.org | Apr 07 2022 20:36:00 | Sofi Lending Corp, 2750 East Cottonwood PKWY Suite 300, Salt Lake City, UT 84121 |
| 519455594 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:44 | Syncb/Amazon Plcc, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519456193 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519455583 | *+ | Citicards Cbna, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

**Name**        **Email Address**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 07, 2022 | Form ID: plncf13 | Total Noticed: 31 |

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com,
    bkgroup@kmllawgroup.com

Franklin S. Montero
    on behalf of Debtor Eugene S Sanchez montero@fmonterolaw.com
    thrasher.k@fmonterolaw.com,crisostomo.y@fmonterolaw.com,monterofr95137@notify.bestcase.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4