Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−19397−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Eugene S Sanchez
  581 Valley Road
  Clifton, NJ 07013−2237

Social Security No.:
  xxx−xx−0680

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 25, 2022.


Dated: August 26, 2022
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-19397-RG |
| Eugene S Sanchez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: plncf13 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Eugene S Sanchez, 581 Valley Road, Clifton, NJ 07013-2237 |
| 519490202 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 26 2022 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 26 2022 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Aug 26 2022 20:55:32 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519455578 | + Email/Text: creditcardbkcorrespondence@bofa.com | Aug 26 2022 20:51:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519455579 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2022 20:56:34 | Best Buy/Cbna, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519488130 | + Email/PDF: ebn_ais@aisinfo.com | Aug 26 2022 20:56:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519455580 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2022 20:55:47 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519455581 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2022 21:06:41 | Citibank NA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 519500450 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2022 21:06:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519455582 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2022 20:56:33 | Citicards Cbna, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 519455584 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 26 2022 20:52:00 | Comenity Bank/Anntylr, PO Box 182789, Columbus, OH 43218-2789 |
| 519455590 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2022 20:56:33 | Macy's/Dsnb, 911 Duke Blvd, Mason, OH 45040 |
| 519455591 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2022 21:06:54 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519458512 | Email/Text: mrdiscen@discover.com | Aug 26 2022 20:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519455585 | + Email/Text: mrdiscen@discover.com | Aug 26 2022 20:51:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519455586 | ^ MEBN | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: plncf13 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 26 2022 20:50:32 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519455587 | ^ | MEBN | | |
| | | | Aug 26 2022 20:51:16 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 519455588 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Aug 26 2022 20:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519501232 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Aug 26 2022 20:51:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519455589 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Aug 26 2022 20:51:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519494750 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 26 2022 20:56:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519501413 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 26 2022 20:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519455592 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 26 2022 20:53:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519480945 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 26 2022 20:53:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519495258 | + | Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | | Aug 26 2022 20:55:55 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121-7285 |
| 519455593 | + | Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | | Aug 26 2022 20:56:31 | Sofi Lending Corp, 2750 East Cottonwood PKWY Suite 300, Salt Lake City, UT 84121-7285 |
| 519455594 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 26 2022 20:55:30 | Syncb/Amazon Plcc, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519456193 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 26 2022 20:55:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519455595 | ^ | MEBN | | |
| | | | Aug 26 2022 20:51:05 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519455583 | *+ | Citicards Cbna, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022        Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 26, 2022 | Form ID: plncf13 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:**

**Name**         **Email Address**

Denise E. Carlon

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Franklin S. Montero

on behalf of Debtor Eugene S Sanchez montero@fmonterolaw.com
thrasher.k@fmonterolaw.com,crisostomo.y@fmonterolaw.com,monterofr95137@notify.bestcase.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4