Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  21–19397–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Eugene S Sanchez
581 Valley Road
Clifton, NJ 07013–2237

Social Security No.:
xxx–xx–0680

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/16/22 at 10:00 AM

to consider and act upon the following:

*43* – Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Filed by Franklin S. Montero on behalf of Eugene S Sanchez. Hearing scheduled for 11/8/2022 at 10:00 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Notice of motion # 3 Proposed Order # 4 Exhibit A # 5 Exhibit B # 6 Certificate of Service) (Montero, Franklin)INCORRECT HEARING DATE SET. Modified on 10/4/2022 (car).

Dated: 10/4/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court